STATE of Missouri, Respondent,

v.

Jerry L. PARSONS, Appellant.

Jerry L. PARSONS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41548.

Missouri Court of Appeals,
Western District.

May 21, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 27, 1991.

Application to Transfer Denied
Sept. 10, 1991.

David S. Durbin, Appellate Defender, Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., and TURNAGE, GAITAN and WASSERSTROM, JJ.

ORDER

PER CURIAM.

Defendant appeals jury trial conviction of two counts of assault in the first degree, four counts of armed criminal action, and two counts of attempted robbery in the first degree; and denial of Rule 29.15 motion.

Defendant's jury trial conviction is affirmed. Rule 30.25(b).

Defendant abandons the appeal of his Rule 29.15 motion and that appeal is considered waived.